UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ICE HOUSE PUB, INC.,

    Plaintiff,

v().                                    Case No. 2:21-cv-264-SPC-NPM

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.

## ORDER

Before the Court is Defendant's Unopposed Motion to Stay Discovery Pending Resolution of the Motion for Judgment on the Pleadings (Doc. 16). As discussed during the June 3, 2021 Preliminary Pretrial Conference, and by agreement of the parties, the motion to stay is **GRANTED**. All discovery, including the time to exchange Rule 26 initial disclosures, is **STAYED** pending resolution of Defendant's Motion for Judgment on the Pleadings (Doc. 15).

If the motion for judgment on the pleadings is denied, Plaintiff must **immediately** file a motion to conduct a Preliminary Pretrial Conference. Also, the parties must exchange their initial disclosures and confer and file a second Case Management Report **within 3 weeks** of any such ruling.

**ORDERED** in Fort Myers, Florida on June 3, 2021.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE